**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRISON SHERWOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD L. EVANS, Secretary, )<br>U.S. Department of Commerce )<br>)<br>Defendant. )<br> ) | Civil Action No. 01-02635 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff.

**Signed by:     EMMET G. SULLIVAN
                UNITED STATES DISTRICT JUDGE
                March 17, 2006**